```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF TENNESSEE
                       WESTERN DIVISION
```

```
SHERRA ROBINSON WRIGHT, as
Guardian and Custodian of the Six
minor children of LORENZEN VERN-GAGNE
WRIGHT (deceased), more specifically,
on behalf of L.W., L.S.W., L.V.G.,
S.V.G.W., L.V.G.W., and S.S.S.W.,

          Plaintiffs,

VS.                                          NO. 11-2607-Ma/tmp

CITY OF GERMANTOWN, TENNESSEE,
CLAUDIA KELNEY-WOODS, LT DONALD
TAYLOR, and CHRIS ROWLSON,

          Defendants.
-----------------------------------------

DEBORAH MARION, individually and
as best friend of minor children
of LORENZEN WRIGHT, and HERBERT
WRIGHT, individually and on behalf
of the ESTATE OF LORENZEN WRIGHT,

          Plaintiffs,

VS.                                          NO. 11-2609-Ma/tmp

CITY OF GERMANTOWN, TENNESSEE,
CITY OF COLLIERVILLE, TENNESSEE,
COUNTY OF SHELBY, TENNESSEE,
and other unnamed and unknown
individuals,

          Defendants.
```

        ORDER APPROVING MINOR SETTLEMENT AND ORDER OF DISMISSAL

    This matter comes before the Court on the joint request of the Plaintiffs and Defendants for approval of the minor settlement

entered into among the parties. Having held a hearing on October 24, 2013, and having considered the report and statement of the guardian ad litem, the arguments and submissions of the parties, the Petition and Order in the Probate Court of Shelby County, Tennessee, and the record in these causes, the Court finds the settlement reached by the parties to be fair and reasonable and in the best interests of the six children of the late Lorenzen Wright, on whose behalf these actions were brought.

The settlement is APPROVED. The gross settlement amount of One Hundred Thirty-Five Thousand and no/100 Dollars ($135,000.00) shall be deposited into the registry of the Court and shall be disbursed by the Clerk of Court as follows:

1. Seven Thousand Five Hundred and no/100 Dollars ($7,500.00) to Attorney Christopher Donovan in payment of attorney's fees and expenses;

2. Fourteen Thousand One Hundred and Sixty-seven and no/100 Dollars ($14,167.00) to Attorney Ruby Wharton of the Wharton Law Firm in payment of attorney's fees and expenses;

3. Twenty-Eight Thousand Three Hundred and Thirty-three and no/100 Dollars ($28,333.00) to Attorneys Paul Forrest Craig, Daniel Lofton, and Gerald Green in payment of attorney's fees and expenses; and

4. The remaining funds to the Clerk of the Probate Court of Shelby County, Tennessee, to be divided equally among the five minor children and one adult child of Lorenzen

Wright as provided in the settlement and the Order of the Probate Court executed on September 27, 2013, all funds to be administered under the supervision and subject to the orders of the Probate Court.

Each of these actions is DISMISSED with prejudice. Costs are assessed against the City of Germantown.

SO ORDERED this 25th day of October, 2013.

                                          *s/ Samuel H. Mays, Jr.*
                                        SAMUEL H. MAYS, JR.
                                        UNITED STATES DISTRICT JUDGE